## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Caleb Williamson, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the FBI and have been so employed since October 2019. During that time, I have become familiar with methods and techniques associated with investigations in violent crime, organized crime, gangs, and financial crimes. I am familiar with the circumstances of the offenses described in this affidavit through a combination of personal knowledge of the facts, discussion with other law enforcement officials, other investigative activities conducted, and investigative materials obtained during the investigation.

2. I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for John Michael Kannaday a/k/a Jon Kannaday and a search and seizure warrant of Kannaday's person, for violations of Title 18 U.S. Code § 875(c) - Interstate Communications with a Threat to Kidnap or Injure.

3. This affidavit does not include all facts known to me but rather contains facts sufficient to support the issuance of an arrest warrant and search warrant.

## STATEMENT OF FACTS

4. On February 24, 2025, the Federal Bureau of Investigation ("FBI) National Threat Operations Center ("NTOC") received a tip about John Michael Kannaday ("Kannaday") from Susan Wright ("Wright"). Wright said that based on a post from Kannaday's Facebook profile, she was concerned that Kannaday may have intentions to travel from North Dakota to South Carolina to hurt people. It is believed

1

that Kannaday made the post to Facebook on or about February 24, 2025. Wright said that Kannaday posted about heading to South Carolina on April 16, 2025 to confront Kenny Plusnick ("Plusnick"). Specifically, in the post Wright observed, Kannaday wrote that by July 4th either Plusnick or Jon Kannaday (himself) "will be deleted off this Earth!" A screen capture from the post Wright observed is below:



5. On February 25, 2025, I conducted an interview with Wright.

6. During the interview, Wright explained she knew Kannaday to hold negative feelings toward Plusnick, who had been Kannaday's mother's previous boyfriend, due to things that happened in the past. Wright further explained that when

2

Kannaday was a child he and his older brother Greg Kannaday ("Greg") were somehow locked in room at Plusnick's residence. While locked in the room a fire started. Both Kannaday and his brother were very severely burned. Wright described Kannaday as appearing "melted" as a result of the accident. This fire occurred 30+ years ago. Kannaday's mother is now deceased.

7. Between the fire incident when Kannaday was a young child and his recent Facebook posts, Wright worried that Kannaday intended to either kill Plusnick or kill himself.

8. On February 26, 2025, Valley City Police Department Lieutenant Dana Rustebakke and I interviewed Kannaday at his place of employment, located in Valley City, North Dakota. Kannaday residence is located in Valley City. Kannaday said he was born and raised in Conway, South Carolina. His mother was Lisa Wicks ("Wicks"). Kannaday said that Wicks and Plusnick dated on and off over the years. When Kannaday was about two years old he lived at Plusnick's residence along with Wicks and Greg.

9. Kannaday said that on one occasion he and Greg woke up early in the morning. Since it was so early, Wicks and Plusnick locked Kannaday and Greg in a room in order to keep them contained. Somehow a pile of clothes caught on fire. The fire engulfed the room and left Kannaday and Greg severely burned. Kannaday explained the fire disfigured his face and hands. Both he and his brother received multiple skin grafts in the years following the initial fire.

10. Kannaday said while growing up, the adults in his life, to include Wicks and Plusnick, stated that Greg was responsible for the fire. However, in November 2024, Kannaday saw a picture of himself before the fire. Seeing the image sent him in a cycle of rage about the fire, his injuries, and Greg being blamed. As his rage built, Kannaday said he wanted to hold Plusnick responsible.

11. During the interview, Lieutenant Rustebakke and I showed Kannaday a printout of the Facebook post Wright had reported. Kannaday told us he made the post and had intended to make the trip to South Carolina to confront Plusnick and his foster father Michael Kannaday ("Michael") in order to "fuck them up." Lieutenant Rustebakke and I explained to Kannaday to make threats of violence online was a violation of federal law. Kannaday said he understood. He pointed out he did not have reliable means to travel at this time. Lieutenant Rustebakke offered to talk with Kannaday any time he felt upset in order to help keep him on track. At the end of the interview, Kannaday agreed to get connected with therapeutic resources to help work though his anger.

12. On or about April 11, 2025, FBI Task Force Officer Corey Stevens made contact with Plusnick and Michael to warn them of Kannaday's threats. Both Plusnick and Michael were aware of Kannaday's remarks since he had tagged them in his threatening post on Facebook.

13. On April 18, 2025, Lieutenant Rustebakke informed me that Kannaday told his employer he planned to leave North Dakota for South Carolina on April 18, 2025, via bus. Today, April 18, 2025, I spoke with an employee at Jefferson

4

Lines bus company. The employee informed me that Kannaday purchased a ticket leaving from Valley City, North Dakota going to Myrtle Beach, South Carolina. The bus is scheduled to leave North Dakota on April 18, 2025.

14. On April 18, 2025, TFO Stevens spoke with Whitney Plusnick ("Whitney"), Kannaday's half-sister. Whitney told TFO Stevens that Kannaday stated that Kannaday had sold his trailer-house in Valley City, North Dakota and was going to travel to South Carolina. A screen capture of the message between Kannaday and Whitney is below:



15. On April 18, 2025, TFP Stevens spoke with Plusnick who expressed fear that Kannaday was planning to come to South Carolina to harm him.

16. In my training and experience, and through consultation with the FBI Behavioral Analysis Unit, I am aware that individuals who engage in targeted violence often follow a general path to violence which begins with grievance, ideation, and planning. Further, I have received training in warning signs of planned violence which can include giving away items of value that far exceed a typical gift and without a clearly identifiable reason.

## CONCLUSION.

17. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that John Michael Kannaday is in violation of Title 18 U.S. Code § 875 (b) - Interstate Communications with a Threat to Kidnap or Injure.

18. Based on the aforementioned factual basis, your Affiant further submits that this affidavit supports probable cause for an arrest warrant for John Michael Kannaday.

Respectfully submitted,

Caleb Williamson
Special Agent
Federal Bureau of Investigation

Sworn to me by reliable electronic means on April 18, 2025.

_____
Alice R. Senechal
United States Magistrate Judge