IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| JOHN MICHEL KANNADAY, a/k/a JON KANNADAY | Violation:  18 U.S.C. § 875(c) |

**Interstate Communications with a Threat to Kidnap or Injure**

The Grand Jury Charges:

On or about February 24, 2025, in the District of North Dakota,

JOHN MICHAEL KANNADAY, a/k/a JON KANNADAY,

knowingly and willfully did transmit in interstate and foreign commerce, from within the State of North Dakota to outside of the State of North Dakota, a post on the Facebook platform containing a threat to injure the person of another.  Specifically, KANNADAY, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, used a Facebook profile to state: "April 16th I'm leaving North Dakota, I'm going back to hell aka South Carolina! By July 4th [K.P.] or Jon kannaday will be deleted off this Earth! If Jon kannaday is deleted, I'm deleting your country! [L.W.] [K.P.] [M.K.] can be to blame!"

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney